**MAGISTRATE'S CRIMINAL MINUTES**            **FILED IN OPEN COURT**
**REMOVALS (RULE 40)**      **RECEIVED**      DATE: 6/2/10 @ 2:45 p.m.

ORIGINAL      JUN 1 4 2010      TAPE: FTR @ _____
     TIME: 15 minutes

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

MAGISTRATE: JANET F. KING      PRESIDING: Lavonia Wade-Childs      DEPUTY CLERK
CASE NUMBER: 1:10-MJ-693      DEFENDANT'S NAME: Timothy Allen
AUSA: Mary Roemer      DEFENDANT'S ATTY: Courtney Lollar
     Type Counsel (circle): Retained      CJA      (FDP)
USPO: Katie Carter

NDMS 2:10 CR 078

- ✓ Initial appearance hearing held.
- ✓ Defendant informed of rights.
- ✓ ORDER appointing Federal Defender Program attorney for defendant.
- ___ ORDER appointing _____ attorney for defendant.
- ___ ORDER defendant shall pay attorney's fees as follows: _____
- ✓ Defendant WAIVES removal hearing (as to identity only). WAIVER FILED.
- ___ Defendant WAIVES preliminary hearing (___ in this district only). WAIVER FILED.
- ___ Removal hearing set/reset/cont to _____ @ _____.
- ___ Removal hearing HELD.
- ___ Order finding probable cause. Defendant held to District Court for removal to other district.
- ___ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.
- ___ Order defendant removed to other district. Commitment issued _____.
- ___ Miscellaneous: _____

## BOND/PRETRIAL DETENTION HEARING

- ✓ Government Motion for detention filed.
- ___ Bond/Pretrial detention hearing held.
- ✓ Pretrial detention hearing set for 6/4/10 at 11:30 A.M. (___ in charging district)
- ___ (___ Verbal) Motion to reduce bond GRANTED.
- ___ (___ Verbal) Motion to reduce bond DENIED.
- ___ Pretrial detention ordered. (Written order to follow _____).
- ___ BOND set at $_____
  - ___ NON-SURETY
  - ___ SURETY/CASH: _____ Property Acceptable: _____ Corporate surety ONLY
  - ___ COMBINATION: _____
- ___ SPECIAL CONDITIONS: _____

- ___ Bond filed, defendant released.
- ___ Bond not executed, defendant to remain in Marshal's custody.