**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

UNITED STATES OF AMERICA                                                              PLAINTIFF(S)

V.                                                                                          NO. 2:10cr78-SA-DAS

TIMOTHY ALLEN                                                                            DEFENDANT(S)

**ORDER APPOINTING COUNSEL**

The Court has determined that the above-named defendant is financially unable to obtain counsel, and is otherwise qualified for appointment of counsel. Therefore, the Federal Public Defender is hereby appointed to represent the defendant in this cause.

Such appointment shall be for all proceedings until terminated or a substitute attorney is appointed or retained.

Ordered this 17th day of June 2010.

                                                                    /s/ David A. Sanders
                                                                    **UNITED STATES MAGISTRATE JUDGE**