✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __MISSISSIPPI__

USA

V.

TIMOTHY ALLEN

**NOTICE**

CASE NUMBER:  2:10cr78-SA-DAS

TYPE OF CASE:

☐ **CIVIL**    ✓ **CRIMINAL**

✓ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U. S. POST OFFICE & FEDERAL BLDG.  305 MAIN ST., GREENVILLE, MS | Courtroom 2 |
| | DATE AND TIME |
| | 6/28/2010 @ 2:00 p.m. |

TYPE OF PROCEEDING

*ARRAIGNMENT*
*BEFORE MAGISTRATE JUDGE DAVID A. SANDERS*

*If you have questions, contact Dean Dacus @662-390-4304 or [dean_dacus @msnd.uscourts.gov](mailto:dean_dacus@msnd.uscourts.gov).*
**ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

DAVID CREWS
CLERK OF COURT

June 17, 2010                                    By:    s/ Dean Dacus
DATE                                                   COURTROOM DEPUTY

TO:   FPD - NEF
        AUSA - NEF