IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

V.                                                              CRIMINAL NO. 2:10CR078-A-S

TIMOTHY ALLEN

### WAIVER OF APPEARANCE AND ENTRY OF NOT GUILTY PLEA

Pursuant to Fed.R.Crim.P. 10(b), TIMOTHY ALLEN, the defendant in the above-styled and numbered cause, hereby waives appearance at arraignment and enters a plea of not guilty to Count One contained in the Indictment. The Defendant further affirms that he has received a copy of the Indictment and has discussed the charges contained in the Indictment, and maximum statutory penalties, with his attorney. The Defendant has appeared before a magistrate in Atlanta, Georgia on June 9, 2010 and is currently on pre-trial supervision in Georgia.

Signed this the 23rd day of June, 2010.

_____                          _____
TIMOTHY ALLEN, Defendant                            KEVIN J. PAYNE, Attorney

ACCEPTED BY THE COURT this the 23rd day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE